# BUTLER | SNOW

September 12, 2025

**VIA HAND DELIVERY**
Honorable Edward F. Jewett, Clerk
Richmond Circuit Court
400 North Ninth Street
John Marshall Courts Building
Richmond, Virginia 23219

> Re: _**Jonahtan Clarke v. 3M Company, et al.**_
> _**Case No: CL24002853-00**_

Dear Mr. Jewett:

On behalf of Defendant 3M Company, enclosed please find a Notice of Removal of the above reference case to the United States District Court for the Eastern District of Virginia, Richmond Division, for filing in the above reference matter.

Thank you for your assistance with this matter.

Yours truly,

Matthew J. Hundley

Enclosure(s)
MJH:sw

cc: Kevin Biniazan Esq. (via e-mail and mail)
    Jeffrey A. Breit, Esq. (via e-mail)
    Don Scott, Esq. (via e-mail)
    Scott M. Perry, Esq. (via e-mail)
    Lauren Martin, Esq. (via e-mail)
    Alexis Bale, Esq. (via e-mail)
    All Defense Coune of Record (via email and/or first-class mail)

919 East Main Street
Suite 600
Richmond, VA 23219

**MATTHEW HUNDLEY**
804.762.6028
Matthew.Hundley@butlersnow.com

T (804) 762-6030
F (804) 762-6031
www.butlersnow.com

BUTLER SNOW LLP

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

**JONATHAN CLARKE,**

     **Plaintiff,**

**v.**

                                **Case No. CL24002853-00**

**3M COMPANY, et al.,**

     **Defendants.**

### DEFENDANT 3M COMPANY
### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on September 12, 2025, Defendant 3M Company, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, filed a Notice of Removal, a file-stamped copy of which is attached hereto as Exhibit 1, in the office of the Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division. The case has been docketed at Civil Action No. 25-738.

DATED: September 12, 2025                  DEFENDANT 3M COMPANY

                                       Matthew J. Hundley (VSB No. 76865)
                                       Diana M. Miller (VSB No. 82430)
                                       BUTLER SNOW LLP
                                       919 E. Main Street, Suite 600
                                       Richmond, Virginia 23219
                                       Tel. 804.762.6030
                                       Fax. 804.762.6031
                                       Matthew.Hundley@butlersnow.com
                                       Diana.Miller@butlersnow.com

                                       *Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, a true and correct copy of the foregoing Notice

of Removal was served by electronic mail and/or first class mail upon all counsel of record as

follows:

Kevin Biniazan, Esq.
Lauren A. Martin
BREIT BINIAZAN, P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451-4088
Tel.: (757) 622-6000
Fax: (757) 299-8028
kevin@bbtrial.com
lmartin@bbtrial.com
*Counsel for Plaintiff Jonathan Clarke*

Andrew Bosse
Allison Melton
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel.: (757) 916-5771
Fax: (757) 266-5585
abosse@bkbfirm.com
amelton@bkbfirm.com

Gregory L. Skidmore
Amanda P. Nitto
Demi L. Bostian
ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: 704.377.2536
Facsimile: 704.378.4000
gskidmore@rbh.com
anitto@rbh.com
dbostian@rbh.com
*Counsel for Defendants Honeywell*
*International, Inc. and*
*Honeywell Safety Products USA, Inc.*

Andrew D. Kaplan
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 624.2500
akaplan@crowell.com
*Counsel for Defendant AGC Chemicals
Americas, Inc.*

Michael F. Williams, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel.: (202) 389-5000
Fax: (202) 389-5200
mwilliams@kirkland.com
*Counsel for Defendant Archroma U.S., Inc.*

C. Thea Pitzen, Esq.
Goodman Allen Donnelly, PLLC
Town Point Center
150 Boush Street, Suite 900
Norfolk, Virginia 23510
Tel.: (757) 625-1400
Fax: (757) 625-7701
tpitzen@goodmanallen.com
*Counsel for Defendant Arkema, Inc.*

John R. Owen
Julie S. Palmer
John P. Dunnigan
Imani E. Sowell
Yevgeniy K. Klinovskiy
HARMAN, CLAYTOR, CORRIGAN &
WELLMAN
P.O. Box 70280
Richmond, Virginia 23255
Tel.: (804) 747-5200
Fax: (804) 747-6085
jowen@hccw.com
jpalmer@hccw.com
jdunnigan@hccw.com
isowell@hccw.com
yklinovskiy@hccw.com
*Counsel for Defendant Blue Ridge Rescue
Suppliers, Inc. improperly named as Bradsden Solutions, Inc.*

William G. Laxton, Jr.
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel.: (202) 879-3939
Fax: (202) 626-1700
wglaxton@jonesday.com

Theodore M. Grossman
JONES DAY
250 Vesey Street
New York, NY 10281
Tel.: (212) 326-3939
Fax: (212) 755-7306
tgrossman@jonesday.com

Louis A. Chaiten
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44144
Tel.: (216) 586-7244
Fax: (216) 579-0212
lchaiten@jonesday.com
*Counsel for Defendant Daikin America, Inc.*

Caitlin R. Convery
SHOOK, HARDY & BACON LLP
1800 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 639-5603
Fax: (202) 783-4211
cconvery@shb.com

Amy Crouch
Brent Dwerlkotte
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel.: (816) 474-6550
Fax: (816) 421-5547
amcrouch@shb.com
dbdwerlkotte@shb.com
*Counsel for Defendants EIDP, Inc., f/k/a E.*
*I. du Pont de Nemours and Company and*
*The Chemours Company, LLC*

4

Paul C. Kuhnel
Lewis Brisbois Bisgaard & Smith LLP
10 S. Jefferson St., Suite 1100
Roanoke, VA 24011
Tel.: (540) 283-0130
Fax: (540) 283-0044
Paul.Kuhnel@lewisbrisbois.com
*Counsel for Defendant Lion Group, Inc.*

Jeffrey Golimowski
WOMBLE BOND DICKINSON-US, LLP
8350 Broad Street, Suite 1500
Tysons, VA 22120
Tel.: (703) 394-2275
Jeff.Golimowski@wbd-us.com
*Counsel for Defendant Municipal
Emergency Services, Inc.*

Michael A. Montgomery
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
mmontgomery@eckertseamans.com

Edward J. Longosz, II
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW Suite 1200
Washington, D.C. 20006
Tel: (202) 659-6619
Fax: (202) 659-6699
elongosz@eckertseamans.com
*Counsel for Defendant PBI Performance
Products, Inc.*

John A. Nader, Esq.
Hinshaw & Culbertson LLP
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel: (202) 979-5280
Fax: (212) 935-1166
jnader@hinshawlaw.com
*Counsel for Defendant Stedfast USA, Inc.*

John T. Bergin
KILPATRICK STOCKTON TOWNSEND LLP
701 Pennsylvania Avenue, NW, Suite 200
Washington, DC USA 20004
Tel. (202) 481-9942
jbergin@ktslaw.com
*Counsel for Defendant Tencate Protective Fabrics USA*
*d/b/a Southern Mills Inc.*

Martin A. Conn, Esq.
Stewart R. Pollock, Esq.
Ashley A. Davoli, Esq.
MORAN REEVES & CONN, PC
1211 E. Cary Street
Richmond, Virginia 23219
Tel.: (804) 421-6250
Fax: (804) 421-6251
mconn@moranreevesconn.com
spollock@moranreevesconn.com
adavoli@moranreevesconn.com
*Counsel for Defendant W. L. Gore &*
*Associates, Inc.*

Lynn K. Brugh, IV
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com

James L. Stengel
Paige Pavone
ORRICK, HERRINGTON
& SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
jstengel@orrick.com
ppavone@orrick.com

Hillary Dang (VSB No. 92188)
ORRICK, HERRINGTON
& SUTCLIFFE LLP
2100 Pennsylvania Avenue NW

6

Washington, D.C. 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
hdang@orrick.com
*Counsel for Defendant MSA Safety Sales, LLC and*
*Defendant Globe Manufacturing Company, LLC*

Gordon S. Woodward (VSB 42449)
GORDON REES SCULLY MANSUKHANI, LLC
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Tel: 301-512-9218
Fax: 202-800-2999
Email: gwoodward@grsm.com
*Counsel for Defendant Mallory Safety and Supply LLC*

Matthew J. Hundley (VSB No. 76865)
Diana M. Miller (VSB No. 82430)
BUTLER SNOW LLP
919 E. Main Street, Suite 600
Richmond, Virginia 23219
Tel. 804.762.6030
Fax. 804.762.6031
Matthew.Hundley@butlersnow.com
Diana.Miller@butlersnow.com

*Counsel for Defendant 3M Company*

7