JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jonathan Clarke

### DEFENDANTS
3M Company, et al. SEE ATTACHED

**(b)** County of Residence of First Listed Plaintiff: Richmond, Virginia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Ramsey, MN
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kevin Biniazan, Esq., Breit Biniazan, PC, 600 22nd Street, Suite 402, Va. Beach, VA (757) 622-6000

Attorneys *(If Known)*
Matthew J. Hundley, Butler Snow LLP, 919 East Main Street, Richmond, VA 23219, (804) 762-6030

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [x] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1442(a)(1) and 1446

Brief description of cause:
Personal injury from alleged exposure to per- and polyfluoroalkyl substances (PFAS)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** $75,000,000.00
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: September 12, 2025

SIGNATURE OF ATTORNEY OF RECORD: /s/ Matthew J. Hundley

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

ATTACHMENT TO CIVIL COVER SHEET

DEFENDANTS CONTINUED

**Honeywell International, Inc. and Honeywell Safety Products USA, Inc.**

Represented by:

Andrew Bosse
Allison Melton
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel.: (757) 916-5771
Fax: (757) 266-5585
abosse@bkbfirm.com
amelton@bkbfirm.com

Gregory L. Skidmore
Amanda P. Nitto
Demi L. Bostian
ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: 704.377.2536
Facsimile: 704.378.4000
gskidmore@rbh.com
anitto@rbh.com
dbostian@rbh.com
*Counsel for Defendants Honeywell International, Inc. and Honeywell Safety Products USA, Inc.*

**AGC Chemicals Americas, Inc.**

Represented by:

Andrew D. Kaplan
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 624.2500
akaplan@crowell.com
*Counsel for Defendant AGC Chemicals Americas, Inc.*

1

**Archroma U.S., Inc.**

Represented by:

Michael F. Williams, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel.: (202) 389-5000
Fax: (202) 389-5200
mwilliams@kirkland.com
*Counsel for Defendant Archroma U.S., Inc.*

**Arkema, Inc.**

Represented by:

C. Thea Pitzen, Esq.
Goodman Allen Donnelly, PLLC
Town Point Center
150 Boush Street, Suite 900
Norfolk, Virginia 23510
Tel.: (757) 625-1400
Fax: (757) 625-7701
tpitzen@goodmanallen.com
*Counsel for Defendant Arkema, Inc.*

**Blue Ridge Rescue Suppliers, Inc. improperly named as Bradsden Solutions, Inc.**

Represented by:

John R. Owen
Julie S. Palmer
John P. Dunnigan
Imani E. Sowell
Yevgeniy K. Klinovskiy
HARMAN, CLAYTOR, CORRIGAN &
WELLMAN
P.O. Box 70280
Richmond, Virginia 23255
Tel.: (804) 747-5200
Fax: (804) 747-6085
jowen@hccw.com
jpalmer@hccw.com
jdunnigan@hccw.com

2

isowell@hccw.com
yklinovskiy@hccw.com
*Counsel for Defendant Blue Ridge Rescue
Suppliers, Inc. improperly named as Bradsden Solutions, Inc.*

**Daikin America, Inc.**

Represented by:

William G. Laxton, Jr.
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel.: (202) 879-3939
Fax: (202) 626-1700
wglaxton@jonesday.com

Theodore M. Grossman
JONES DAY
250 Vesey Street
New York, NY 10281
Tel.: (212) 326-3939
Fax: (212) 755-7306
tgrossman@jonesday.com

Louis A. Chaiten
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44144
Tel.: (216) 586-7244
Fax: (216) 579-0212
lchaiten@jonesday.com
*Counsel for Defendant Daikin America, Inc.*

**EIDP, Inc., f/k/a E.I. du Pont de Nemours and Company and The Chemours Company, LLC**

Represented by:

Caitlin R. Convery
SHOOK, HARDY & BACON LLP
1800 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 639-5603
Fax: (202) 783-4211
cconvery@shb.com

Amy Crouch
Brent Dwerlkotte
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel.: (816) 474-6550
Fax: (816) 421-5547
amcrouch@shb.com
dbdwerlkotte@shb.com
*Counsel for Defendants EIDP, Inc., f/k/a E.
I. du Pont de Nemours and Company and
The Chemours Company, LLC*

**Lion Group, Inc.**

Represented by:

Paul C. Kuhnel
Lewis Brisbois Bisgaard & Smith LLP
10 S. Jefferson St., Suite 1100
Roanoke, VA 24011
Tel.: (540) 283-0130
Fax: (540) 283-0044
Paul.Kuhnel@lewisbrisbois.com
*Counsel for Defendant Lion Group, Inc.*

**Municipal Emergency Services, Inc.**

Represented by:

Jeffrey Golimowski
WOMBLE BOND DICKINSON-US, LLP
8350 Broad Street, Suite 1500
Tysons, VA 22120
Tel.: (703) 394-2275
Jeff.Golimowski@wbd-us.com
*Counsel for Defendant Municipal
Emergency Services, Inc.*

**PBI Performance Products, Inc.**

Represented by:

Michael A. Montgomery

4

Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
mmontgomery@eckertseamans.com

Edward J. Longosz, II
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW Suite 1200
Washington, D.C. 20006
Tel: (202) 659-6619
Fax: (202) 659-6699
elongosz@eckertseamans.com
*Counsel for Defendant PBI Performance Products, Inc.*

**Stedfast USA, Inc.**

Represented by:

John A. Nader, Esq.
Hinshaw & Culbertson LLP
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel: (202) 979-5280
Fax: (212) 935-1166
jnader@hinshawlaw.com
*Counsel for Defendant Stedfast USA, Inc.*

**Tencate Protective Fabrics USA d/b/a Southern Mills Inc.**

Represented by:

John T. Bergin
KILPATRICK STOCKTON TOWNSEND LLP
701 Pennsylvania Avenue, NW, Suite 200
Washington, DC USA 20004
Tel. (202) 481-9942
jbergin@ktslaw.com
*Counsel for Defendant Tencate Protective Fabrics USA d/b/a Southern Mills Inc.*

**W. L. Gore & Associates, Inc.**

Represented by:

Martin A. Conn, Esq.
Stewart R. Pollock, Esq.
Ashley A. Davoli, Esq.
MORAN REEVES & CONN, PC
1211 E. Cary Street
Richmond, Virginia 23219
Tel.: (804) 421-6250
Fax: (804) 421-6251
mconn@moranreevesconn.com
spollock@moranreevesconn.com
adavoli@moranreevesconn.com
*Counsel for Defendant W. L. Gore & Associates, Inc.*

**MSA Safety Sales, LLC**

Represented by:

Lynn K. Brugh, IV
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com

James L. Stengel
Paige Pavone
ORRICK, HERRINGTON
& SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
jstengel@orrick.com
ppavone@orrick.com

Hillary Dang (VSB No. 92188)
ORRICK, HERRINGTON
& SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
hdang@orrick.com

*Counsel for Defendant MSA Safety Sales, LLC and Defendant Globe Manufacturing Company, LLC*

**Globe Manufacturing Company, LLC**

Represented by:

Lynn K. Brugh, IV
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com

James L. Stengel
Paige Pavone
ORRICK, HERRINGTON
& SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
jstengel@orrick.com
ppavone@orrick.com

Hillary Dang (VSB No. 92188)
ORRICK, HERRINGTON
& SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
hdang@orrick.com
*Counsel for Defendant MSA Safety Sales, LLC and Defendant Globe Manufacturing Company, LLC*

**Mallory Safety and Supply LLC**

Represented by:

Gordon S. Woodward (VSB 42449)
GORDON REES SCULLY MANSUKHANI, LLC
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Tel: 301-512-9218

7

Fax: 202-800-2999
Email: gwoodward@grsm.com
*Counsel for Defendant Mallory Safety and Supply LLC*
97437364.v1

8